**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7380**

FREDERICK BANKS,

Petitioner - Appellant,

v.

FELICIA LANGFORD, Assistant US Attorney; JEFF SESSIONS, Attorney General; ROBERT CESSAR, Assistant US Attorney; DAVID HICTON, Assistant US Attorney; SOO SONG, Acting US Attorney; MARK HORNAK, Judge; CYNTHIA REED EDDY, Judge; MIKE POMPEO, Director, CIA; SEAN LANGFORD, Special Agent; ROBERT WERNER, Special Agent; TIMOTHY PIVNICHNY, Special Agent; SCOTT SMITH, Special Agent in Charge; CHRISTOPHER ASHER WRAY, Director, FBI; DR. HEATHER ROSS; ADRIAN ROE, Attorney; US ATTORNEY, Eastern District of NC,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-ct-03057-FL)

Submitted:  January 30, 2018                    Decided:  February 2, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frederick Hamilton Banks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Banks appeals the district court's order dismissing Banks' complaint, in part, to the extent that Banks sought habeas relief pursuant to 28 U.S.C. § 2241 (2012).[*] We have reviewed the record and find no reversible error. We thus affirm the district court's judgment. *See Banks v. Langford*, No. 5:17-ct-03057-FL (E.D.N.C. Oct. 2, 2017 & Oct. 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Banks sought to assert a civil rights action, the district court denied Banks' application to proceed without prepayment of fees and directed Banks to pay the full filing fee within 14 days of the court's order, and ultimately dismissed Banks' action when he failed to do so. Because Banks does not challenge this portion of the district court's order, we need not review it on appeal. *See* 4th Cir. R. 34(b).